NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIE L. WILLIAMS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5009

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-880, Judge Lawrence J. Block.

---

**ON MOTION**

---

**O R D E R**

The United States moves to file its informal response brief out of time. Ms. Williams has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The government's proffered informal response brief is accepted.  Any informal reply brief from the appellant is due within 14 days of the date of this order.

FOR THE COURT

MAR 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Willie L. Williams
     William B. Lazarus, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 5 2012

JAN HORBALY
CLERK